IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:20-cv-02161-PGB-DCI

NICHOLAS AGNES, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

VACATION VIP, LLC a Florida corporation,

   *Defendant*.
_____/

CLASS ACTION

JURY TRIAL DEMANDED

## NOTICE OF SETTLEMENT

Plaintiff Nicholas Agnes hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of drafting a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice.

Dated: January 14, 2021

                Respectfully submitted,

                **HIRALDO P.A.**

                */s/ Manuel S. Hiraldo*
                Manuel S. Hiraldo
                Florida Bar No. 030380
                401 E. Las Olas Boulevard
                Suite 1400
                Ft. Lauderdale, Florida 33301
                Email: mhiraldo@hiraldolaw.com
                Telephone: 954.400.4713