# IN THE UNITED STATED DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

### CASE NO. 6:20-cv-02161-PGB-DCI

NICHOLAS AGNES, individually and on behalf of all others similarly situated,

 *Plaintiff*,

vs.

VACATION VIP, LLC, a Florida corporation

 *Defendant*.
_____/

CLASS ACTION

JURY TRIAL DEMANDED

## **JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE***

 It is hereby stipulated and agreed by and between Plaintiff Nicholas Agnes and Defendant, Vacation VIP, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Dated: January 29, 2021

| | |
|---|---|
| **EISENBAND LAW, P.A.** | **BAKER & HOSTETLER LLP** |
| /s/ Michael Eisenband | /s/ Julie Singer Brady |
| Michael Eisenband | Julie Singer Brady |
| Florida Bar No. 94235 | Florida Bar No. 0389315 |
| 515 E. Las Olas Boulevard, Suite 120 | Primary Email:jsingerbrady@bakerlaw.com |
| Ft. Lauderdale, Florida 33301 | 2300 SunTrust Center |
| Email: MEisenband@Eisenbandlaw.com | 200 South Orange Avenue |
| Telephone: 954.533.4092 | Post Office Box 112 |
| | Orlando, Florida 32802 |
| | Telephone:  407-649-4000 |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |